JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS W. KIBUNGUCHY,<br><br>    Petitioner,<br><br>  v.<br><br>TYLENOL CORPORATION,<br><br>    Respondent. | CASE NO.  2:20-cv-02652-FMO (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed without prejudice.

DATED: <u>May 19, 2020</u>          <u>    /s/    </u>
                   FERNANDO M. OLGUIN
                   U.S. DISTRICT JUDGE